UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JENNIFER CHAMPION,** *Plaintiff,* v. **PHASELINK UTILITY SOLUTIONS, LLC and DARYL BENNETT,** *Defendants.* | **Civil Action No. 5:22-cv-00145-JKP** |

# FINAL JUDGMENT

BEFORE THE COURT comes Plaintiff's Motion for Entry of Final Default Judgment (ECF No. 13). On or about February 22, 2022, summons were issued by the Court. *See* ECF No. 4. On March 31, 2022, Defendants PhaseLink Utility Solutions, LLC and Daryl Bennet were personally served. *See* ECF No. 5. Defendants PhaseLink Utility Solutions, LLC and Daryl Bennet, although having been duly and legally served with process and cited to appear, failed to appear and wholly made default. On June 6, 2022, the Clerk of this Court entered a default on the record as to Defendants. *See* ECF No. 11.

Having reviewed the record and the Court being duly advised as to the premises thereof, it is ORDERED, ADJUDGED, AND DECREED that the Motion for Entry of Final Default Judgment is **GRANTED** and that Defendants PhaseLink Utility Solutions, LLC and Daryl Bennet have, by default, admitted the allegations of Plaintiff's Original Complaint (ECF No. 1).

Based upon the undisputed record, the Court finds that Plaintiff, Jennifer Champion, shall have and recover from Defendants PhaseLink Utility Solutions, LLC and Daryl Bennet $10,015.00 in unpaid overtime wages ,$10,015.00 in liquidated damages,  $5,769.23 in  unpaid straight time wages,

$2,400.00 in unpaid vehicle allowances, and $30,000.00 in unpaid commission wages for a total of $58,199.23.

Based on the undisputed record, the Court further finds that Plaintiff shall have and recover from Defendants PhaseLink Utility Solutions, LLC and Daryl Bennet, $21,660.00 in attorneys' fees and $941.98 in costs. The Court finds that the attorneys' fees and costs are reasonable and were necessarily incurred in the prosecution of this matter.

The Court therefore enters a total judgment of $80,801.21 and authorizes post judgment interest against Defendants, for which execution shall issue forthwith.

SIGNED this _____ day of _____, 2022.

_____
HON. JUDGE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE